UNITED STATES *versus* JAMES WOOD.

JOURNAL ENTRIES: (1) May 5, 1831: indictment presented, bench warrant ordered issued; (2) Jan. 9, 1832: motion for capias granted; (3) Jan. 6, 1835: arraignment, plea of not guilty; (4) Jan. 7, 1835: time fixed for trial, defendant to be released on recognizance; (5) Jan. 13, 1835: counsel assigned, jury impaneled; (6) Jan. 14, 1835: jury trial, verdict of guilty; (7) Jan. 26, 1835: sentence.

PAPERS IN FILE (1831–35): (1) Indictment; (2) bench warrant and return; (3) capias and return; (4–5) subpoenas.

*File No. 57.*